AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

06 JUL -7 PM 10 13

_____State and_____        DISTRICT OF _____ New Mexico _____  CLERK - LAS CRUCES

**UNITED STATES OF AMERICA**

**V.**

**CRUZ-Lopez, Luis**

## CRIMINAL COMPLAINT

CASE NUMBER: 06-5251 M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ July 05, 2006 _____ in _____ Hidalgo _____ county, in the

_____ State and _____ District of _____ New Mexico _____ defendant(s) did    (Track Statutory Language of Offense)

enter or attempt to enter the United States at any time or place other than as designated by immigration officers

in violation of Title _____ 8 _____ United States Code, Section(s) _____ 1325(a)(1) _____

I further state that I am a(n) _____ Senior Patrol Agent _____ and that this complaint is based on the following facts:
                                                        Official Title

On July 5, 2006, Lordsburg Border Patrol Agents encountered the defendant CRUZ- Lopez. Luis in Grant County, New Mexico. The defendant was questioned as to his citizenship and he stated that he is a citizen of Mexico illegally present in the United States. The defendant entered illegally on July 5, 2006, by crossing the United States/Mexico International Boundary in Hidalgo County, New Mexico. The defendant did not enter through a designated Port of Entry and thus was not admitted or paroled into the United States by an authorizing official. When the defendant was encountered he was the driver of a vehicle that contained 26 undocumented aliens.   Records revealed that the defendant has been apprehended twice before by Lordsburg Border Patrol Agents as the driver of vehicles that contained undocumented aliens.

The defendant has not applied for or received permission from the proper authorities to be or remain in the United States.

Continued on the attached sheet and made a part hereof:    ☐ Yes    ☒ No

                                                        Manuel Real y Vasquez
                                                        Signature of Complainant

Sworn to before me and subscribed in my presence.

_____ July 07, 2006 _____                           _____ Las Cruces, New Mexico _____
Date                                                    City and State

_____ William P. Lynch, U.S. Magistrate _____
Name & Title of Judicial Officer                        Signature of Judicial Officer